**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

JUL 1 5 2020

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-118 |
|  | ) |  |
|  | ) | **INDICTMENT** |
| v. | ) |  |
|  | ) | T. 18 U.S.C. § 1591(a)(1) |
| MARLIN SANTANA THOMAS, | ) | T. 18 U.S.C. § 1591(b)(1) |
|  | ) | T. 18 U.S.C. § 1591(b)(2) |
| Defendant. | ) | T. 18 U.S.C. § 2421(a) |
|  | ) | T. 18 U.S.C. § 2422(a) |
|  | ) | T. 21 U.S.C. § 841(a)(1) |
|  | ) | T. 21 U.S.C. § 841(b)(1)(C) |
|  | ) | T. 21 U.S.C. § 859 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Sex Trafficking of Victim 1 by Force, Fraud, and Coercion)

From in or about September 2009, and continuing through in or about November 2010, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, and obtain by any means an adult female, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means, would be used to cause Victim 1 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(1).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Sex Trafficking of Victim 2 by Force, Fraud, and Coercion)

From in or about July 2010, and continuing through in or about November 2010, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, and obtain by any means an adult female, Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means, would be used to cause Victim 2 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Sex Trafficking of a Child (Minor Victim A))

From on or about February 6, 2017, through on or about February 10, 2017, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a juvenile female, Minor Victim A, knowing and in reckless disregard of the fact that Minor Victim A had not attained the age of 18 years and would be caused to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Sex Trafficking of Victim 3 by Force, Fraud, and Coercion)

Beginning in or before 2017, and continuing through on or about February 28, 2018, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means an adult female, Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means, would be used to cause Victim 3 to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Transportation of Victim 2 for the Purpose of Prostitution)

In or about August 2010, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly transport an adult female, Victim 2, to travel in interstate commerce, that is, from the State of Iowa to the State of Minnesota and the State of North Dakota, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2421(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Transportation of Victim 2 for the Purpose of Prostitution Through Coercion and Enticement)

In or about August 2010, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly persuade, induce, entice, and coerce an adult female, Victim 2, to travel in interstate commerce, specifically, from the State of Iowa to the State of Minnesota and the State of North Dakota, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Transportation of Victim 2 for the Purpose of Prostitution)

In or about October 2010, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly transport an adult female, Victim 2, to travel in interstate commerce, that is, from the State of Iowa to the State of Illinois, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2421(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
**(Transportation of Victim 2 for the Purpose of Prostitution Through Coercion and Enticement)**

In or about October 2010, in the Southern District of Iowa and elsewhere, the defendant, MARLIN SANTANA THOMAS, did knowingly persuade, induce, entice, and coerce an adult female, Victim 2, to travel in interstate commerce, specifically, from the State of Iowa to the State of Illinois, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
**(Distribution to Person Under Age Twenty-One (Minor Victim A))**

Between on or about February 6, 2017, and on or about February 10, 2017, in the Southern District of Iowa, the defendant, MARLIN SANTANA THOMAS, a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Scheduled II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, to a person under twenty-one years of age (Minor Victim A).

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 859.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 10</u>
**(Distribution to Person Under Age Twenty-One (Victim 3))**

Beginning in or before 2017, and continuing through on or about January 8, 2018, in the Southern District of Iowa and elsewhere, in the Southern District of Iowa, the defendant, MARLIN SANTANA THOMAS, a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, to a person under twenty-one years of age (Victim 3).

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 859.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____

Virginia M. Bruner
Amy L. Jennings
Assistant United States Attorneys