IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> <br> v. <br> <br> MARLIN SANTANA THOMAS, <br> Defendant. | ) <br> ) Criminal No. 4:20-CR-118-JAJ <br> ) <br> ) <br> ) DISMISSAL OF COUNTS 13, 15 <br> ) <br> ) <br> ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Acting United States Attorney for the Southern District of Iowa hereby dismisses Counts 13 and 15 of the Superseding Indictment in the above-captioned case as to Defendant Marlin Santana Thomas, without prejudice.

Respectfully Submitted,

Richard D. Westphal
Acting United States Attorney

By: */s/ Virginia M. Bruner*
Virginia M. Bruner
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Virginia.Bruner@usdoj.gov

LEAVE OF COURT IS HEREBY GRANTED TO FILE THE ABOVE DISMISSAL.

_____1/8/21_____                               _____
Date                                                                 John A. Jarvey, Chief Judge
                                                                          United States District Court
                                                                          Southern District of Iowa