IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARLIN SANTANA THOMAS,<br><br>　　　　Defendant. | No.　4:20cr0118-JAJ<br><br><br>**ORDER** |

　　　This matter comes before the court pursuant to the defendant's February 16, 2021 Motion to Continue Trial and Pretrial Deadlines.　[Dkt. 69]　The government has resisted the motion.　The case was set for early April after consulting with the parties.　They have had sufficient time to prepare for trial.

　　　Upon the foregoing,

　　　**IT IS ORDERED** that defendant's February 16, 2021 Motion to Continue Trial and Pretrial Deadlines [Dkt. 69] is denied.

　　　**IT IS FURTHER ORDERED** that the defendant's Motion to Sever Counts for Trial [Dkt. 70] will be denied by separate order.

　　　**DATED** this 25th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA